```
OSCAR CLEMONS, JR.              STATE BK&TRS
374 HANGING MOSS CIRCLE         POB 319
JACKSON, MS 39206               BROOKHAVEN, MS 39601



TYLVESTER GOSS
DAVIS, GOSS, & WILLIAMS
1441 LAKEOVER ROAD
JACKSON, MS 39213



ADVANCE RECOVERY
C/O STEPHEN GARDNER
P.O. BOX 23059
JACKSON, MS 39225



CHASE MANHATTAN
ATTN:  BANKRUPTCY RESEARCH DEPT
P.O. BOX 24696
COLUMBUS, OH 43224



CITIFINANCIA
300 SAINT PAUL PL
BALTIMORE, MD 21202



GEMB/CARE CREDIT
ATTN: BANKRUPTCY
PO BOX 103104
ROSWELL, GA 30076



HEALTHCARE FINANCIAL S
911 FLYNT DR
FLOWOOD, MS 39232



HSBC BANK
ATTN: BANKRUPTCY
PO BOX 5213
CAROL STREAM, IL 60197



LOWES / MBGA / GEMB
ATTENTION:  BANKRUPTCY DEPARTMENT
PO BOX 103104
ROSWELL, GA 30076
```