IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: OSCAR CLEMONS                               CASE NO. 11-03184
                                                   CHAPTER 13

**CERTIFICATE OF COMPLIANCE**

    I, Tylvester Goss, do hereby certify that I have this day complied with the standing order regarding payment advices and have mailed a copy of said pay advices to the Trustee, Hon. James L. Henley, Jr., P.O. Box 31980, Jackson, MS 39286-1980.

    Dated this 14th day of September, 2011.

                                                   /s/ Tylvester Goss
                                                 TYLVESTER GOSS

Tylvester Goss
Davis, Goss & Williams
1441 Lakeover Road
Jackson, MS 39213
(601) 981-2800