IN THE UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**IN THE MATTER OF:**  **CASE NO.: 11-03184-EE**
**OSCAR CLEMONS, JR.**

## ORDER UPON DEBTOR DIRECTING PAYMENTS TO TRUSTEE

**IT APPEARING TO THE COURT** that there is now pending a certain Chapter 13 Proceeding in which the above-named **DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal income is from wages, salary, or commissions; and that the **DEBTOR** is **paying personally** and is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR.**

**IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that the **DEBTOR** is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors.

**IT IS ORDERED THAT** until further notice of this Court, the above-named **DEBTOR** is required to pay from the **DEBTOR's** earnings and pay over to:

> James L. Henley
> Standing Chapter 13 Trustee
> P.O. Box 788
> Memphis TN 38101-0788

the sum of $225.00 MONTHLY **.**

TYLVESTER O. GOSS
DAVIS GOSS & WILLIAMS
1441 LAKEOVER ROAD
JACKSON, MS 39213